IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30297
Summary Calendar
_____


ROY L. ROBERTS,

Plaintiff-Appellant,

versus

AL SOLOMON; Ms JEAN, Registered Dietician Caddo Correctional
Center; Ms PERKINS, Kitchen Supervisor Caddo Correctional
Center; KATHY SMITH, L.P.N. Caddo Correctional Center; DRAPER,
Lieutenant, Classification Officer Caddo Correctional Center;
JACKIE NEAL, Lieutenant; CHARLES LAW, Lieutenant; S.T. DAVIS,
Sergeant; RABORN, Sergeant; MICHELL, Sergeant; JOHN SELLS, Chief;
BOBBY ABRAHAM, Captain; COLEMAN, Captain; RICK ANDERSON, Deputy;
SIMS, Deputy; F. EDMENSON, Deputy; J. WALKER, Deputy; HARRIS,
Deputy; COMEAUX, Deputy; MILES, Deputy; WILSON, Deputy;
D. THOMAS, Deputy,

Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 98-CV-465
- - - - - - - - - - -
September 19, 2000

Before JOLLY, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[1]

Roy L. Roberts, Louisiana prisoner #308035, appeals the district

court's summary-judgment dismissal of his 42 U.S.C. § 1983 complaint.

The heart of his argument on appeal is simply that he did not receive

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the care he believes he was entitled to receive.  However, Roberts'
disagreement with the extensive medical treatment he received is not
sufficient to raise a genuine issue of material fact.  <u>Norton v.
Dimazana</u>, 122 F.3d 286, 292 (5th Cir. 1997).  Nor is there any merit to
Roberts' suggestion that the defendants' cumulative acts of negligence
are sufficient to raise a material fact issue for deliberate
indifference.  <u>See</u> <u>Stewart v. Murphy</u>, 174 F.3d 530, 537 (5th Cir. 1999).
Accordingly, the district court did not err in granting summary judgment
in favor of the defendants.

AFFIRMED.